**Order entered June 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The Court **ORDERS** Denise Y. Condran, court reporter for the Collin County Court at

Law No. 3, to file the **original State's Exhibit 9** from the trial of these causes within **TEN (10)**

**days** from the date of this order.


/s/ DAVID L. BRIDGES
PRESIDING JUSTICE